**Order entered April 5, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00703-CV

## IN RE GEICO ADVANTAGE INSURANCE COMPANY AND CEONDRIA HOBBS

**Original Proceeding from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-19-1494**

### ORDER
Before Justices Myers, Molberg, and Garcia

Based on this Court's opinion of this date, we **LIFT** the stay of the trial court's proceedings imposed by this Court's order of August 6, 2020, and we **DISMISS** this original proceeding as moot.

/s/     LANA MYERS
JUSTICE